# Third District Court of Appeal

## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2127
Lower Tribunal No. 2005-CF-218-A-K
_____

**Marilou Ileron,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark Wilson, Judge.

Anthony J. Stonick, for appellant.

James Uthmeier, Attorney General, and Daihana Chang, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.